Commonwealth v. Burton, Jr., Appellant.

Submitted March 18, 1974. *William F. Ochs, Jr.,* Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Busch, Appellant.

Argued March 22, 1974. *Keith L. Kilgore,* with him *Spitler, Rowe and Kilgore,* for appellant; *David J. Brightbill,* Assistant District Attorney, with him *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Byrd, Jr., Appellant.

Submitted March 11, 1974. *John E. Good, Jr.,* Assistant Public Defender, for appellant; *Marion E. MacIntyre* and *Richard A. Lewis,* Deputy District Attorneys, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.